**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Xped LLC

                                    Plaintiff,

v.                                                       Case No.: 1:21–cv–06440
                                                            Honorable Charles P. Kocoras

The Entities listed on Exhibit 1

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 3, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's ex parte motion for a temporary restraining order, asset restraining order, expedited discovery order, and service of process by email [6] is granted. Counsel shall submit a proposed order to Proposed_Order_Kocoras@ilnd.uscourts.gov in Word format for entry. Plaintiff's motion for leave to file excess pages [10] and motion to temporarily seal documents [11] are granted. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.