UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XPED LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES LISTED ON EXHIBIT 1, <br><br> Defendants. | 21 C 6440 <br><br> Judge Charles P. Kocoras |

## ORDER

The Court previously granted Plaintiff's Ex Parte Motion for a Temporary Restraining Order. Dkt. # 13. In compliance with Federal Rules of Civil Procedure 65(b)(1)(B) and (d), the Court states as follows:

1. This order is effective beginning at 12:00 p.m. on December 9, 2021.

2. The Court finds issuing this Order ex parte necessary because of the immediacy of the irreparable harm and in light of the great lengths Defendants undertake to hide their true identities.

3. Plaintiff has demonstrated that it will suffer irreparable harm through the damage to its goodwill by Defendants' continued use of allegedly infringing marks. *See Re/Max N. Cent., Inc. v. Cook*, 272 F.3d 424, 432 (7th Cir. 2001) ("We have clearly and repeatedly held that damage to a trademark holder's goodwill can constitute irreparable injury for which the trademark owner has no adequate legal remedy.").

4. Plaintiff has shown a reasonable likelihood of success on its claims for federal trademark infringement, unfair competition and false designation of origin, and violations of the Illinois Uniform Deceptive Trade Practices Act.

5. Accordingly, Defendants are enjoined from manufacturing, importing, distributing, offering to sell, and selling products infringing Plaintiff's federally registered trademark.

6. Defendants' webstores on Amazon, eBay, Wish, Alibaba, and Ali Express shall be temporarily disabled.

7. Defendants' assets shall be temporarily frozen.

8. Plaintiff is given leave to conduct expedited discovery and serve defendants by electronic mail.

9. The temporary restraining order shall be effective for fourteen days. Any motion to extend the temporary restraining order shall be filed by 12/21/2021.

10. Plaintiff is ordered to deposit $10,000.00 with the Court as security.

Dated: 12/09/2021

_____
Charles P. Kocoras
United States District Judge