UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EXPEDITEE, LLC, | : | Case No.: 1:21-cv-6440 |
| | : | |
| Plaintiff, | : | **PLAINTIFF EXPEDITEE LLC'S** |
| | : | **NOTICE OF VOLUNTARY** |
| vs. | : | **DISMISSAL #6, WITH PREJUDICE** |
| | : | |
| THE ENTITIES listed on EXHIBIT 1, | : | District Judge: Honorable Charles P. |
| | : | Kocoras |
| Defendants. | : | |
| | : | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notifies this Court that Plaintiff voluntarily dismisses the below listed defendants in this action ("Defendants").

| Platform | Defendant |
|---|---|
| Amazon | Selltee |

Defendants have not filed an answer or otherwise responded in this action. Plaintiff therefore dismisses Defendants **with prejudice**.

Dated: June 29, 2022

/s/ Marie E. Richmond
Marie E. Richmond (*pro hac vice*)
LOZA & LOZA LLP
305 N. Second Ave., #127
Upland, CA 91786
Email: marie.richmond@lozaip.com

*Attorneys for Expeditee, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

By: /s/ Marie E. Richmond