## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Expeditee LLC, et al.
                                        Plaintiff,

v.                                                         Case No.: 1:21−cv−06440
                                                                       Honorable Charles P. Kocoras

The Entities listed on Exhibit 1, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 28, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Nonparty OpenCommerce Group's Motion to Modify Default Judgment Order [90] is granted. OpenCommerce Group is directed to confer with Plaintiff's counsel and send a proposed modified order to Proposed_Order_Kocoras@ilnd.uscourts.gov by 4/3/23. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.